1

2

3

4

5

6

7

8

9

10

11

12

13

14

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN L. OWENS, | ) | No. C 15-0361 RMW (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER SHAFFER, | ) | |
| | ) | |
| Respondent. | ) | |
|_____ | ) | |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

On January 26, 2015, petitioner, proceeding *pro se*, filed petition for writ of habeas

corpus pursuant to 28 U.S.C § 2254.  The same day, the Clerk notified petitioner that he had not

paid the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP").  Along

with the deficiency notice, petitioner was provided with a IFP application and instructions for

completing it.  Petitioner was cautioned that his failure to either file a completed IFP application

or pay the filing fee within twenty-eight days would result in the dismissal of this action.  To

date, petitioner has not paid his filing fee, or filed a completed IFP application

Thus, the instant action is DISMISSED without prejudice.  The clerk shall enter

judgment and close the file.

IT IS SO ORDERED.

DATED: _____

RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\RMW\HC.15\Owens361disifp.wpd

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

STEVEN OWENS,

          Plaintiff,

  v.

JENNIFER SHAFFER,

          Defendant.

————————————————————/

Case Number: CV15-00361 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 11, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven L. Owens D-23886
1-NB-22
San Quentin State Prison
San Quentin, CA 94974

Dated: March 11, 2015

                        Richard W. Wieking, Clerk
                        By: Jackie Lynn Garcia, Deputy Clerk